

| JANELLE THOMPSON, CRNA, | § | No. 08-20-00059-CV |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| GENESIS FONG, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2019DCV1550) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and her sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF SEPTEMBER, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.